

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-16-00256-CV**

| | | |
|---|---|---|
| Russell McElvain | § | From the 360th District Court |
| | § | of Tarrant County (360-574786-15) |
| v. | § | August 26, 2016 |
| Robin McElvain | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM